1  MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
   JAMES C.E. BARCLAY, ESQ. (SBN: 60503)
2  UNION PACIFIC RAILROAD COMPANY
   Law Department
3  10031 Foothills Boulevard, Suite 200
   Roseville, CA  95747
4  General:      916-789-6400
   Direct:       916-789-6231
5  Fax:          916-789-6227

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 DANIEL PATRICK THAYER,           Case No.: 2:05-CV-01137-DFL-JFM

12        Plaintiff,                STIPULATION MODIFYING
                                    SCHEDULING ORDER; ORDER
13    vs.                           THEREON

14 UNION PACIFIC RAILROAD COMPANY,

15        Defendant

16

17        IT IS HEREBY STIPULATED by and between the parties, through their

18 attorneys of record that the following dates be continued as follows:

19        1.    Expert disclosures are due on or before May 11, 2006.  The parties

20 hereby waive the Federal Court Rule 26 disclosure requiring reports be completed

21 and filed at the time of disclosure and/or supplemental disclosure.

22        2.    Supplemental expert disclosures are due on or before May 26, 2006.

23        3.    Expert witness discovery will be completed on or before July 10, 2006.

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

UPRR's Stip & Order re: Experts

1  At this time, the parties do not anticipate requesting any other changes to the
2  Scheduling Order.
3  DATED: March 23, 2006

                MICHAEL L. WHITCOMB, ESQ.
                JAMES C.E. BARCLAY, ESQ.

                      /s/ James C.E. Barclay
                By: _____
                JAMES C.E. BARCLAY
                Attorneys for Defendant
                UNION PACIFIC RAILROAD COMPANY

DATED: March 16, 2006

                GANONG & WYATT

                      /s/ Philip Ganong
                By: _____
                PHILIP GANONG
                Attorneys for Plaintiff
                DANIEL THAYER

## ORDER

After considering the Stipulation by and between the parties, through their attorneys of record,

IT IS HEREBY ORDERED that:

1. Expert disclosures are due on or before May 11, 2006. No reports shall be exchanged and filed at the time of disclosure and/or supplemental disclosure.

2. Supplemental expert disclosures are due on or before May 26, 2006.

3. Expert witness discovery will be completed on or before July 10, 2006.

All other dates remain as scheduled.

DATED: 3/23/2006

_____
DAVID F. LEVI
United States District Judge